**STATE of Missouri, Respondent,**

v.

**Adam K. EASLEY, Appellant.**

**No. WD 58516.**

Missouri Court of Appeals, Western District.

April 10, 2001.

Craig A. Johnston, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Crouse, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, ROBERT G. ULRICH, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Adam K. Easley appeals the circuit court's judgment to convict him of the Class D felony of unlawful use of a weapon. We affirm. Rule 30.25(b).